No. 1217, October Term, 1966. INTERNATIONAL RAILWAYS OF CENTRAL AMERICA v. UNITED FRUIT CO., 387 U. S. 921. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEWART and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 1324, Misc., October Term, 1966. OPPENHEIM ET AL. v. STERLING ET AL., 386 U. S. 1011, 388 U. S. 925. Motion for leave to file second petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL., ante, p. 155. Petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 344. MENSIK ET UX. v. COMMISSIONER OF INTERNAL REVENUE, ante, p. 912;

No. 441. WALLACE v. BRENNER, COMMISSIONER OF PATENTS, ante, p. 898;

No. 590. GRAY v. PORTER, ante, p. 972;

No. 674. THOMAS ET AL. v. CONSOLIDATION COAL CO. (POCAHONTAS FUEL CO. DIVISION) ET AL., ante, p. 1004;

No. 58, Misc. VELA v. BETO, CORRECTIONS DIRECTOR, ante, p. 1025;

No. 124, Misc. WHITE v. FLORIDA, ante, p. 996;

No. 199, Misc. DESIMONE v. UNITED STATES, ante, p. 960;

No. 408, Misc. STEPPE v. FLORIDA, ante, p. 966; and

No. 474, Misc. ADAMS v. CAMERON, HOSPITAL SUPERINTENDENT, ante, p. 993. Petitions for rehearing denied.